```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

SOLOMON WILBERT CHISHOLM, JR.                    CIVIL ACTION

VERSUS                                           NUMBER: 12-0437

MARK TERRAL                                      SECTION: "J"(5)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED**  that plaintiff's suit is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 18th day of December, 2013.

```
                              CARL J. BARBIER
                              UNITED STATES DISTRICT JUDGE
```